AO 91 (Rev. 02/09) Criminal Complaint     Felony

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

JUL 3 1 2013

David J. Bradley, Clerk of Court

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| 1. Ismael GONZALEZ-Perez | ) Case No. 13-13-675-MJ |
| AKA-Eduardo ZAMORANO | ) |
| 2. Sandra Alicia VILLALOBOS-Salinas | ) |
| Defendant | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of __July 30, 2013__ in the county of __Cameron__ in the __Southern__ District of __Texas__, the defendant violated __8 USC 1324__

an offense described as follows:

Knowing or in reckless disregard of the fact that aliens had come to, entered, or remained in the United States in violation of law, concealed, harbored, or shielded from detection, or attempted to conceal, harbor, or shield from detection, such aliens in any place, including any building or any means of transportation within the United States.

This criminal complaint is based on these facts:

On July 30, 2013, the Brownsville Police Department conducted a vehicle stop for a traffic violation on a green 2000 Lincoln Navigator and encountered Ismael GONZALEZ-Perez and Sandra VILLALOBOS-Salinas. The Brownsville Police Officer requested assistance from the U.S. Border Patrol to ascertain citizenship of the two occupants. A field interview conducted by U.S. Border Patrol Agents revealed both subjects were undocumented aliens. GONZALEZ and VILLALOBOS admitted to harboring undocumented aliens at their residence. Agents obtained consent from both passengers to conduct a search of their residence. U.S. Border Patrol then coordinated with Homeland Security Investigations and conducted a search of the residence. Agents encountered thirty-two (32) undocumented aliens harbored at this residence. GONZALEZ and VILLALOBOS admitted to being paid for harboring and feeding the undocumented aliens.

☐ Continued on the attached sheet.

_Complainant's signature_
Erasmo Chapa, Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: __July 31, 2013__

_Judge's signature_

City and state: __Brownsville, Texas__     Ronald G. Morgan  U.S. Magistrate Judge
_Printed name and title_